UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MARTIN,

              Plaintiff,

     v.

BRISTOL-MYERS COMPANY, et al.,

            Defendants.

Case No.  17-cv-00661-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Re: Dkt. No. 1

     On February 9, 2017, Defendants removed this action.  Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jon S. Tigar to determine whether it is related to *Williams et al. v. Bristol-Myers Squibb Co. et al.*, Case No. 3:16-cv-7152-JST.

     **IT IS SO ORDERED.**

Dated: March 20, 2017

_____

Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California