TIMOTHY M. CLARK (Bar No. 284447)
 *tclark@thesandersfirm.com*
LAUREN A. WELLING (Bar No. 291813)
 *lwelling@thesandersfirm.com*
**SANDERS PHILLIPS GROSSMAN, LLC**
2860 Michelle Drive, Suite 220
Irvine, CA 92606
Telephone:   +1 877 480 9142
Facsimile:   +1 213 330 0346

Attorneys for Plaintiffs

DONALD F. ZIMMER, JR. (Bar No. 112279)
 *fzimmer@kslaw.com*
WILLIAM E. STEIMLE (Bar No. 203426)
 *wsteimle@kslaw.com*
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA  94105
Telephone:   +1 415 318 1200
Facsimile:   +1 415 318 1300

Attorneys for Defendants
BRISTOL-MYERS SQUIBB COMPANY,
ASTRAZENECA PHARMACEUTICALS LP,
and MCKESSON CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN WILLIAMS, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, et al.,<br><br>Defendants.<br><br>AND RELATED ACTION:<br><br>*Michael Martin, et al. v. AstraZeneca Pharmaceuticals LP, et al.*,<br>Case No. 4:17-cv-00661-JST; | Case No.: 3:16-CV-07152-JST<br><br>**STIPULATION FOR ORDER TO CONTINUE DEADLINE TO SUBMIT PROPOSED ORDERS PURSUANT TO N.D. CAL. CIV. L.R. 6-1**<br><br>Judge:     Honorable Jon S. Tigar |

WHEREAS, at the July 12, 2017 Case Management Conference, the Court ordered that the parties submit (a) a proposed protective order, (b) a proposed order regarding claims of

1  privilege, and (c) a proposed order governing the production of Electronically Stored
2  Information in the above-entitled and related-action by Friday, August 4, 2017;
3      WHEREAS, at the July 12, 2017 Case Management Conference, Defendants raised the
4  issue that the Court may not have subject matter jurisdiction over these claims in light of the
5  Court's rulings remanding the related actions *Okoye, et al. v. Bristol-Myers Squibb Company, et
6  al.* Case No. 3:17-cv-00668-JST [Doc. 24] and *Leedy, et al. v. Bristol-Myers Squibb Company, et
7  al.* Case No. 3:16-cv-07269-JST [Doc. 36];
8      WHEREAS, the parties are meeting and conferring regarding the issue of subject-matter
9  jurisdiction, and how best to raise that issue with the Court;
10     WHEREAS, the above-entitled and related-action are the only remaining related actions
11 before the Court;
12     WHEREAS, the parties believe that it would benefit judicial economy and efficiency to
13 address the issue of subject-matter jurisdiction before submitting the above-described proposed
14 orders, because if the Court lacks jurisdiction, any further efforts of the Court and the parties
15 would be wasted;
16     **NOW, THEREFORE, the Parties stipulate as follows**:
17     The August 4, 2017 deadline by which the parties are to submit the above-described
18 proposed orders be continued to August 18, 2017.
19 **IT IS SO STIPULATED.**
20 DATED:  August 4, 2017                    SANDERS PHILLIPS GROSSMAN, LLC

                                            By:  /s/ Lauren Welling
                                            Timothy M. Clark
                                            Lauren Welling
                                            Attorneys for Plaintiffs

DATED: August 4, 2017				**KING & SPALDING LLP**

By:  /s/ William E. Steimle
Donald F. Zimmer, Jr.
William E. Steimle
Attorneys for Defendants

### Signature Attestation (N.D. Cal. L.R. 5-1(i)(3))

I, Lauren Welling, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

Having considered Plaintiffs' and Defendants AstraZeneca Pharmaceuticals LP, Bristol-Myers Squibb Company, and McKesson Corporation's (collectively, the Parties') Stipulation for Order to Continue the August 4, 2017 deadline by which the parties are to submit the above-described proposed orders, and good cause appearing, the Parties' Stipulation is **GRANTED**.

The August 4, 2017 deadline to submit proposed orders is continued to August 18, 2017.

**IT IS SO ORDERED.**

DATED: August 7, 2017_____			_____
HONORABLE JON S. TIGAR
United States District Judge