TIMOTHY M. CLARK (Bar No. 284447)
  *tclark@thesandersfirm.com*
LAUREN A. WELLING (Bar No. 291813)
  *lwelling@thesandersfirm.com*
**SANDERS PHILLIPS GROSSMAN, LLC**
2860 Michelle Drive, Suite 220
Irvine, CA 92606
Telephone:      +1 877 480 9142
Facsimile:      +1 213 330 0346

Attorneys for Plaintiffs

DONALD F. ZIMMER, JR. (Bar No. 112279)
  *fzimmer@kslaw.com*
WILLIAM E. STEIMLE (Bar No. 203426)
  *wsteimle@kslaw.com*
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA  94105
Telephone:      +1 415 318 1200
Facsimile:      +1 415 318 1300

Attorneys for Defendants
BRISTOL-MYERS SQUIBB COMPANY,
ASTRAZENECA PHARMACEUTICALS LP,
and MCKESSON CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN WILLIAMS,<br><br>              Plaintiff,<br><br>       v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, et al.,<br><br>              Defendants. | Case No.: 3:16-CV-07152-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF PLAINTIFF'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1**<br><br>Judge:        Honorable Jon S. Tigar |
| AND RELATED ACTION:<br><br>*Michael Martin v. Bristol-Myers Squibb Company, et al.*,<br>Case No. 4:17-cv-00661-JST | |

1    WHEREAS, on August 18, 2017, Defendants Bristol-Myers Squibb Company,

2    AstraZeneca Pharmaceuticals LP, and McKesson Corporation ("Defendants") filed a motion

3    seeking a determination of whether subject matter jurisdiction exists in these related cases, which

4    was originally scheduled for hearing on September 28, 2017, at 2:00 p.m. [Doc. 74];

5    WHEREAS, on September 1, 2017, Plaintiffs filed a motion to dismiss McKesson

6    Corporation as a defendant in these cases, which motion is scheduled to be heard on October 12,

7    2017, at 2:00 p.m. [Doc. 81];

8    WHEREAS, a case management conference had previously been scheduled to occur on

9    September 20, 2017;

10    WHEREAS, the parties submitted a stipulation and proposed order seeking to have the

11    above two motions and the case management conference heard on September 28, 2017 [Doc.

12    86];

13    WHEREAS, the Court denied the request to have the motions and case management

14    conference heard on September 28, 2017, and instead ordered that the case management

15    conference be continued to October 12, 2017, and the subject matter jurisdiction motion be

16    continued to November 9, 2017 [Doc. 88];

17    WHEREAS, counsel for Defendants is unavailable from October 12, 2017, through

18    October 15, 2017, due to a prepaid, long-planned, and non-refundable vacation;

19    WHEREAS, the parties have consulted the Court's calendar regarding dates on which the

20    Court is unavailable;

21    WHEREAS, the next date that the Court and the parties are available is November 2,

22    2017;

23    **NOW, THEREFORE, the Parties stipulate as follows**:

24    The October 12, 2017 hearing of Plaintiff's motion to dismiss McKesson Corporation be

25    continued to November 2, 2017.

26    ///

27    ///

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF PLAINTIFF'S MOTION
TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D.
CAL. CIV. L.R. 6-1

The case management conference scheduled for October 12, 2017, be continued to November 2, 2017.

**IT IS SO STIPULATED.**

DATED:  September 27, 2017                    **SANDERS PHILLIPS GROSSMAN, LLC**


By:  /s/ Timothy M. Clark
     Timothy M. Clark
     Lauren Welling
     Attorneys for Plaintiffs


DATED:  September 27, 2017                    **KING & SPALDING LLP**


By:  /s/ William E. Steimle
     Donald F. Zimmer, Jr.
     William E. Steimle
     Attorneys for Defendants


### Signature Attestation (N.D. Cal. L.R. 5-1(i)(3))

I, William E. Steimle, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

///

///

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF PLAINTIFF'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1

1    Having considered Plaintiffs' and Defendants (collectively, the Parties') Stipulation for

2    Order to Continue the October 12, 2017 hearing of the Plaintiff's motion to dismiss McKesson

3    Corporation and Continue the October 12, 2017 case management conference, and good cause

4    appearing, the Parties' Stipulation is **GRANTED**.

5    The October 12, 2017 hearing of the Plaintiff's motion to dismiss McKesson Corporation

6    is ~~advanced~~ <sub>continued</sub> to ~~November 2~~ <sup>November 1</sup>, 2017.

7    The October 12, 2017 case management conference is continued to ~~November 2~~ <sup>November 1</sup>, 2017.

8    **IT IS SO ORDERED.**

9

10

11    DATED:   September 28, 2017

12                                                    HONORABLE JON S. TIGAR
                                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE HEARING OF PLAINTIFF'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1