TIMOTHY M. CLARK (Bar No. 284447)
  *tclark@thesandersfirm.com*
LAUREN A. WELLING (Bar No. 291813)
  *lwelling@thesandersfirm.com*
**SANDERS PHILLIPS GROSSMAN, LLC**
2860 Michelle Drive, Suite 220
Irvine, CA 92606
Telephone:     +1 877 480 9142
Facsimile:      +1 213 330 0346

Attorneys for Plaintiffs

DONALD F. ZIMMER, JR. (Bar No. 112279)
  *fzimmer@kslaw.com*
WILLIAM E. STEIMLE (Bar No. 203426)
  *wsteimle@kslaw.com*
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA  94105
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

Attorneys for Defendants
BRISTOL-MYERS SQUIBB COMPANY,
ASTRAZENECA PHARMACEUTICALS LP,
and MCKESSON CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN WILLIAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, et al.,<br><br>          Defendants.<br><br>―――――――――――――――<br><br>AND RELATED ACTION:<br><br>*Michael Martin v. Bristol-Myers Squibb Company, et al.*,<br>Case No. 3:17-cv-00661-JST | Case No.: 3:16-CV-07152-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1**<br><br>Judge:        Honorable Jon S. Tigar |

WHEREAS, a case management conference is scheduled for November 1, 2017, at 2:00 p.m. in this case and the related *Martin* case;

WHEREAS, plaintiffs' motion to dismiss McKesson (*Williams* Doc. 81 and *Martin* Doc. 40) had also been scheduled for hearing on November 1, 2017.

WHEREAS, the Court entered an order granting plaintiffs' motion to dismiss McKesson without the need for oral argument on October 24, 2017 (*Williams* Doc. 96 and *Martin* Doc. 52) and denying as moot Defendants' motion for a determination of subject matter jurisdiction (*Williams* Doc. 74 and *Martin* Doc. 39);

WHEREAS, on October 11, 2017, plaintiffs filed with the Judicial Panel on Multidistrict Litigation a motion to transfer for coordinated and consolidated pretrial proceedings;

WHEREAS, the parties believe that, with the concurrent hearing of plaintiff's motion to dismiss McKesson being canceled and the limited items to be discussed at a case management conference at this time, postponing the case management conference until after the ruling of the Judicial Panel on Multidistrict Litigation would promote judicial efficiency and economy;

**NOW, THEREFORE, the Parties stipulate as follows**:

The case management conference scheduled for November 1, 2017, be continued to December 20, 2017.

**IT IS SO STIPULATED.**

DATED:  October 27, 2017                    **SANDERS PHILLIPS GROSSMAN, LLC**


By: /s/ Timothy M. Clark
    Timothy M. Clark
    Lauren Welling
    Attorneys for Plaintiffs

DATED:  October 27, 2017                    **KING & SPALDING LLP**


By: /s/ William E. Steimle
    Donald F. Zimmer, Jr.
    William E. Steimle
    Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1

**<u>Signature Attestation (N.D. Cal. L.R. 5-1(i)(3))</u>**

I, William E. Steimle, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1

1    Having considered Plaintiffs' and Defendants (collectively, the Parties') Stipulation for

2  Order to Continue the November 1, 2017 case management conference, and good cause

3  appearing, the Parties' Stipulation is **GRANTED**.

4    The November 1, 2017 case management conference is continued to December 20, 2017.

5  **IT IS SO ORDERED.**

6

7

8  DATED: _____October 30, 2017_____    _____

9                                            HONORABLE JON S. TIGAR
                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE PURSUANT TO N.D. CAL. CIV. L.R. 6-1